IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VERNA WHITE,                        *
                                    *
         Plaintiff,                 *
                                    *
    v.                              *       MC 112-002
                                    *
RICHARD WHITE,                      *
                                    *
         Defendant.                 *

**O R D E R**

On January 31, 2012, Plaintiff filed a motion to enforce an order of the Vermont Superior Court. (Doc. no. 1.) Specifically, Plaintiff requests that this Court garnish Defendant's federal income tax refund check. On June 12, 2012, the Court issued an Order requiring Plaintiff to show cause as to why her case should not be dismissed for lack of subject matter jurisdiction. (Doc. no. 3.) The Court noted that Plaintiff had not set forth any facts establishing that the amount in controversy exceeded $75,000.00 or that her case involved a federal question.

On July 9, 2012, Plaintiff responded to the Court's show cause order. (Doc. no. 4.) The response, however, fails to assert a basis for subject matter jurisdiction as required. Under Federal Rule of Civil Procedure 12(h)(3), the Court has an obligation to dismiss an action when it determines that it lacks

subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3). As a result, this case is **dismissed without prejudice**, and the Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of July, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA